1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9
10

NICHOLAS E. BUGNI, et al.,                    )
11                                                                )      Case No. 2:17-cv-00029-JAD-NJK
                          Plaintiff(s),                      )
12                                                                )      ORDER
vs.                                                          )
13                                                                )
MORTGAGE SERVICE CENTER, et al.,       )
14                                                                )
                          Defendant(s).                     )
15 _____)

16            With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself

17  in this action.  IT IS ORDERED that this action is referred to the Clerk for random reassignment of

18  this case for all further proceedings.

19            DATED: January 5, 2017

20
21                                                          _____
22                                                          NANCY J. KOPPE
                                                              United States Magistrate Judge
23
24
25
26
27
28