VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiffs Nicholas E. Bugni and Kelly Bugni*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS E. BUGNI, and KELLY BUGNI,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE SERVICE CENTER and EQUIFAX INC.<br><br>Defendants. | Case No.: 2:17-cv-00029-JAD-PAL<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY**<br><br>ECF No. 17 |

Plaintiffs, NICHOLAS E. BUGNI and KELLY BUGNI ("Plaintiffs") and Defendant, EQUIFAX, INC. ("Defendant") jointly submit this Stipulation regarding the substitution of EQUIFAX INFORMATION SERVICES LLC as Defendant in place of Defendant EQUIFAX, INC.

WHEREAS, Plaintiff filed an action against the Defendant for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et. seq ("FCRA"), and related state law claims on January 4, 2017.

WHEREAS, as information became available during discovery, Plaintiff learned that EQUIFAX, INC, the named Defendant in this action is a holding company for EQUIFAX INFORMATION SERVICES LLC, and is not a credit reporting agency subject to the FCRA.

WHEREAS, counsel for both parties have agreed that EQUIFAX INFORMATION

SERVICES, LLC. is the proper party to this litigation and should be substituted for EQUIFAX, INC. as a Defendant in the above-captioned matter so that all claims made against EQUIFAX, INC. are now made against EQUIFAX INFORMATION SERVICES LLC.

WHEREAS, the Plaintiffs will amend their complaint to reflect EQUIFAX INFORMATION SERVICES LLC as a Defendant in place of EQUIFAX, INC. in the above-referenced caption. Defendant does not oppose to the Plaintiff amending their complaint.

WHEREAS, by this joint request, the parties move, subject to the approval of the Court, to dismiss EQUIFAX, INC. from this action and remove EQUIFAX, INC. from the case caption and replace with EQUIFAX INFORMATION SERVICES LLC.

WHEREAS EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action that:

1. EQUIFAX, INC., shall be dismissed from this case, without prejudice;

2. The caption in this proceeding shall be amended to remove EQUIFAX, INC. as a defendant and shall be replaced by EQUIFAX INFORMATION SERVICES LLC. as a Defendant;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3.     EQUIFAX INFORMATION SERVICES LLC expressly reserves all defenses, including any statute of limitations defenses.

DATED this 4th day of April, 2017                    DATED this 4th day of April, 2017

THE LAW OFFICE OF VERNON NELSON          SNELL & WILMER, LLP

*/s/ Vernon A. Nelson*                                    */s/ Bradley T. Austin*
VERNON NELSON, ESQ.                              Bradley T. Austin, Esq.
Nevada Bar No.: 6434                                 Nevada State Bar No. 13064
9480 S. Eastern Avenue, Suite 244                 Snell & Wilmer, LLP
Las Vegas, NV   89123                               3883 Howard Hughes Pkwy,
Tel:  702-476-2500                                    Suite 1100 Las Vegas, NV 89169
Fax:  702-476-2788                                   Tel: 702-784-5200
E-Mail:  vnelson@nelsonlawfirmlv.com         Fax: 702-784-5252
*Attorney for Plaintiffs Nicholas E. Bugni and*   Email: baustin@swlaw.com
*Kelly Bugni*                                         *Attorneys for Equifax Information Services LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____5-9-17_____

CASE NO: 2:17-cv-00029-JAD-PAL