VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiffs Nicholas E. Bugni and Kelly Bugni*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS E. BUGNI, and KELLY BUGNI, | Case No.: 2:17-cv-00029-JAD-PAL |
| Plaintiffs, | |
| v. | |
| MORTGAGE SERVICE CENTER and EQUIFAX INFORMATION SERVICES LLC. | **NOTICE OF SETTLEMENT** |
| Defendants. | |

Plaintiffs and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") through their counsel, give notice that those two Parties have reached an agreement to settle all claims against Equifax in this litigation. The Parties are preparing settlement documents which will include a Stipulation for Dismissal with Prejudice and an accompanying Order of Dismissal with Prejudice. The Parties anticipate that the documentation and settlement should be complete within sixty (60) days.

DATED this 8th day of June, 2017

**IT IS ORDERED** that the settling parties shall have until **August 7, 2017** to file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Peggy A. Leen, U.S. Magistrate Judge
Dated: June 12, 2017

THE LAW OFFICE OF VERNON NELSON

*/s/Vernon Nelson*

VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax : 702-476-2788
Email : vnelson@nelsonlawfirmlv.com
*Attorneys for Plaintiffs*