VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiffs Nicholas E. Bugni and Kelly Bugni*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS E. BUGNI, and KELLY BUGNI,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE SERVICE CENTER and EQUIFAX INFORMATION SERVICES LLC.<br><br>Defendants. | Case No.: 2:17-cv-00029-JAD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES LLC**<br><br>ECF NO. 22 |

Upon agreement between Plaintiffs NICHOLAS E. BUGNI and KELLY BUGNI, ("Plaintiffs") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Defendant"):

IT IS HEREBY STIPULATED that the Defendant, EQUIFAX INFORMATION SERVICES LLC shall be dismissed from this action, with prejudice.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED this 9th day of October, 2017.**

| THE LAW OFFICE OF VERNON NELSON | SNELL & WILMER, LLP |
|---|---|
| /s/  Vernon A. Nelson | /s/  Brad T. Austin |
| VERNON A. NELSON, JR., ESQ. | Bradley T. Austin, Esq. |
| Nevada Bar No.: 6434 | Nevada Bar No. 13064 |
| MARGARET G. FOLEY, ESQ. | 3883 Howard Hughes Pkwy, |
| Nevada Bar No.: 7703 | Suite 1100 Las Vegas, NV 89169 |
| 9480 S. Eastern Avenue, Suite 252 | Tel: 702-784-5200 |
| Las Vegas, NV 89123 | Fax: 702-784-5252 |
| T: 702-476-2500 | F: 702-476-2788 | Email: baustin@swlaw.com |
| *Attorneys for Plaintiffs Nicholas E. and Kelly Bugni* | *Attorneys for Defendant Equifax Information Services LLC* |

### ORDER

Based on the parties' stipulation [22] and good cause appearing, IT IS HEREBY ORDERED that **all claims against Equifax Information Services, LLC are DISMISSED** with prejudice, each party to bear its own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: 10-10-17

CASE NO: 2:17-cv-00029-JAD-PAL

Bugni v. Mortgage Service Center, et. al.
Case No.: 2:17-cv-00029-JAD-PAL

2